

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00561-CR

| | | |
|---|---|---|
| Michael Fred Wehrenberg | § | From the 43rd District Court |
| | § | of Parker County (CR11-0091) |
| v. | § | March 6, 2014 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT ON REMAND

This appeal is on remand from the Texas Court of Criminal Appeals. This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier_____
Justice Bill Meier